| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| JERALD LEE MCCOWAN,<br><br>                 Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of the Social Security<br>Administration,<br><br>                 Defendant. | CASE NO. 3:17-CV-05313-JCC-JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on Defendant's stipulated motion to remand the matter to the administration for further consideration (Dkt. 18).

Based on the stipulation of the parties, this Court recommends that it be ORDERED that the Commissioner's decision in regard to Plaintiff's application for Supplemental Security

Income under Title XVI of the Social Security Act be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings. On remand, the Administrative Law Judge should 1) re-weigh the opinion of Dr. Hielbrunn, either including in the RFC all assessed limitations or providing legally sufficient reasons, supported by substantial evidence, for discounting them, as necessary; (2) re-evaluate Plaintiff's RFC; and (3) reconsider and resolve conflicts at step 5, obtaining vocational evidence, if necessary.

It is further recommended that the Clerk enter judgment pursuant to the order.

This remand should be made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff should be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), following proper request to the Court.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 3rd day of November, 2017.

J. Richard Creatura
United States Magistrate Judge