THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERALD LEE MCCOWAN,<br><br>　　　　Plaintiff,<br>　　v.<br><br>NANCY A BERRYHILL,<br><br>　　　　Defendant. | CASE NO. C17-5313-JCC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, Unites States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration consistent with the Report and Recommendation.

(3) JUDGMENT is for plaintiff and the Clerk of Court is DIRECTED to close the case.

DATED this 8th day of November 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　John C. Coughenour
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE