THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERALD LEE MCCOWAN,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. C17-5313-JCC<br><br>ORDER |

Based upon the stipulation of the parties (Dkt. No. 22), the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and the Declaration of Plaintiff's Counsel and Exhibits (Dkt. No. 22), it is hereby ORDERED that Plaintiff is awarded $2,395.81 in attorney fees. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of this award shall be made to Plaintiff's attorney, Amy Gilbrough.

Whether the check is made payable to Plaintiff or to Amy Gilbrough, the check shall be mailed to Ms. Gilbrough at the following address: 1904 Third Ave., Suite 1030, Seattle, Washington 98101.

//

//

1 DATED this 11th day of January 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE